# UNITED STATES DISTRICT COURT
## for the
### Middle District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Eddie Perkins | ) Case No: 2:98CR69-WHA-03 |
| | ) USM No: 10202-002 |
| Date of Previous Judgment: 3/31/99 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons      the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  151  months **is reduced to**  121 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  3/31/99  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  8/26/08

Effective Date: _____
(if different from order date)

Judge's signature

W. HAROLD ALBRITTON, SENIOR U.S. DISTRICT JUDGE
Printed name and title